█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALIEK MOORE, Appellant. [747 NYS2d 173]

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761). The credible evidence established that the arresting officer properly administered *Miranda* warnings to defendant shortly after the arrest and prior to any custodial interrogation.

We decline to exercise our interest of justice jurisdiction to dismiss the noninclusory concurrent count (*see People v Spence*, 290 AD2d 223, 224, *lv denied* 97 NY2d 734; *People v Kulakov*, 278 AD2d 519, *lv denied* 96 NY2d 785).

We perceive no basis for a reduction of sentence. Concur— Nardelli, J.P., Saxe, Buckley, Ellerin and Marlow, JJ.